UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RICHARD BRANDT,

                          Plaintiff,

    -against-                                        7:05-CV-0721
                                                                  (LEK/DRH )

MICHAEL J. ASTRUE,
*Commissioner of Social Security*,

                          Defendants.

**DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on October 26, 2007 by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec. (Dkt. No. 11).  After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Defendant Commissioner of Social Security, which were filed on October 30, 2007.  Objections (Dkt. No. 12).

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b).  "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

      Accordingly, it is hereby

1

**ORDERED**, that the Report-Recommendation (Dkt. No. 11) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the decision denying disability benefits is **REMANDED** for further development of the record; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   January 29, 2008
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge