\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__      DISTRICT OF      __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO. 7:05-CV-0721 (LEK/DRH)

RICHARD BRANDT,

                **Plaintiff,**

v.

MICHAEL J. ASTRUE,
*Commissioner of Social Security*,

                **Defendant.**

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**      **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report-Recommendation of the Honorable David R. Homer, dated October 26, 2007, is APPROVED and ADOPTED in its ENTIRETY; IT IS FURTHER ORDERED, that in the above entitled action, the case is DISMISSED in favor of the Plaintiff and against the Defendant and this case is REMANDED to the Commissioner for further proceedings in accordance with the DECISION AND ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated January 29, 2008.

DATE: __January 29, 2008__

__LAWRENCE K. BAERMAN__
CLERK OF THE COURT

*/s/ Lawrence E. Kahn*
Lawrence E. Kahn
U.S. District Judge